IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

EDWARD JONES,

    Plaintiff,

v.                                           No. 1:09-cv-1009

WASTE MANAGEMENT, INC.
OF TENNESSEE,

    Defendant.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

On April 07, 2009, the Defendant, Waste Management, Inc., filed a motion for sanctions against the Plaintiff, Edward Jones, pursuant to Rule 11, Federal Rules of Civil Procedure. (Docket Entry ("D.E.") No. 7.) The Court referred this motion to the magistrate judge for a report and recommendation. (D.E. 22.) On July 30, 2009, Magistrate Judge Edward Bryant issued his report, recommending that the Defendant's motion be denied. (D.E. 28.) After applying the appropriate standard for assessing Rule 11 sanctions, he found that the Plaintiff's pleadings have some basis in law and do not support sanctions. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing objections has passed. See Fed. R. Civ. P. 72(a). After a review of the magistrate judge's report and recommendation, the Court ADOPTS Judge Bryant's findings and recommendations, and Defendant's motion for sanctions is DENIED.

    IT IS SO ORDERED this 19th day of August, 2009.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE